**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF VIRGINIA

(9337640)

(Wilhite)

United States of America
v.

Travis L. Benson
*Defendant*

Case No. 4:13mj61

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Travis L. Benson ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☒ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Driving with Suspended License-3rd offense - 18 USC 7 and 13, assim. Code of Va, 46.2-301

Date: 03/04/2014

*Issuing officer's signature*

City and state: Norfolk, VA

DOUGLAS E. MILLER, U.S. MAGISTRATE JUDGE
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

**FILED**
**FEB 13 2014**
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

U.S.A. vs. Travis L. Benson                              Docket No. 4:13-MJ-61

### Petition on Probation

COMES NOW Sophia B. King, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Travis L. Benson, who was placed on supervision by The Honorable Douglas E. Miller, United States Magistrate Judge sitting in the Court at Newport News, Virginia, on the 29th day of July, 2013, who fixed the period of supervision at ONE (1) YEAR, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant is directed to serve TEN (10) days in jail as directed by the Probation Office. Said jail time may be served on weekends.

2. The defendant shall not operate a motor vehicle unless properly licensed to do so.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this 13th day of February, 2014 and ordered filed and made a part of the records in the above case. /s/ Douglas E. Miller United States Magistrate Judge | I declare under penalty of perjury that the foregoing is true and correct. Executed on 2/11/14 Sophia B. King |
| Douglas E. Miller United States Magistrate Judge | Sophia B. King U.S. Probation Officer |
| | Place Newport News, Virginia |

**TO CLERK'S OFFICE**                                                                                                    Prob 12 (10/09)

Petition on Probation
Page 2
RE: Benson, Travis L.

OFFENSE: Operate Motor Vehicle While License Suspended or Revoked, Third Offense, a Class A Misdemeanor.

SENTENCE: One (1) year probation; 10 days jail; $150.00 fine, and $25.00 special assessment.

ADJUSTMENT TO SUPERVISION:

Benson was placed on one (1) year probation on July 29, 2013. His conditions were reviewed with him on that same day, and he was provided with a copy of his conditions. He reported for his initial appointment on August 1, 2013, and his probation conditions were again explained to him, he signed his conditions, and was provided with a copy for his records.

On September 17, 2013, the Court was advised that Benson had not made any payment towards his fine and special assessment. On September 18, 2013, the Court permitted Benson to pay his $150.00 fine and $25.00 special assessment in monthly payments of $50.00 per month beginning October 1, 2013.

On December 19, 2013, the Court was advised that Benson had not made any payments towards his fines and special assessment. Additionally, the Court was advised that Benson was unemployed and recently injured in a car accident.

Since being placed on probation, Benson has submitted three urine screens which tested negative for illicit drugs.

Benson is unemployed and resides in Hampton, Virginia.

VIOLATIONS: The following violations are submitted for the Court's consideration.

MANDATORY
CONDITION: **FAILURE TO PAY $150.00 FINE AND $25.00 SPECIAL ASSESSMENT.**

Benson failed to pay the $150.00 fine and $25.00 special assessment (at the rate of $50.00 per month), as directed by the Court on September 18, 2013. To date, he has not made any payments towards his financial obligations.

SPECIAL
CONDITION: **FAILURE TO COMPLETE 10 DAYS JAIL.**

On November 18, 2013, Benson was provided with his initial jail weekend schedule. He reported as scheduled on December 7, 2013, December 21, 2013, and December 28, 2013. He did not report on December 14, 2013, but this absence was excused as he provided documentation that he had reported to an emergency room due to being involved in a car accident on that same day. On December 18, 2013, Benson was provided with an amended jail schedule to make up for his December 14, 2013, absence. On January 8, 2014, a representative with the Bureau of Prisons advised that Benson failed to report to jail on January 4, 2014. On January 14, 2014, Benson related to this officer that he did not report to jail on January 4, 2014, because his mother had been hospitalized that weekend. He subsequently provided documentation which stated his mother reported to an emergency room on Monday, January 6, 2014.

Prob 12 (10/09)

Petition on Probation
Page 3
RE: Benson, Travis L.

CONDITION 2: **FAILURE TO SUBMIT MONTHLY SUPERVISION REPORTS AS DIRECTED.**

During his initial appointment on August 1, 2013, Benson was directed to submit his Monthly Supervision Report by the fifth day of each month. He failed to submit his November 2013 Monthly Supervision Report as directed and on December 12, 2013, a letter was mailed to him directing him to submit his delinquent report immediately. To date, Benson has failed to submit his November 2013, December 2013, and January 2014, Monthly Supervision Reports.

CONDITION 3: **FAILURE TO ANSWER TRUTHFULLY ALL INQUIRIES BY THE PROBATION OFFICER.**

On January 8, 2014, a representative with the Bureau of Prisons advised that Benson failed to report to jail on January 4, 2014. On January 14, 2014, he related to this officer that he did not report to jail on January 4, 2014, because his mother had been hospitalized that weekend. He subsequently provided documentation which stated his mother reported to the emergency room on, Monday, January 6, 2014.

SBK/ytv

Prob 12 (10/09)